

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00030-CV

David **PERALTA**,
Appellant

v.

**MASSACHUSSETTS INSTITUTE OF TECHNOLOGY**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 333462
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  April 8, 2015

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final judgment on October 16, 2014.  Appellant's notice of appeal was due to be filed on November 17, 2014.  *See* TEX. R. APP. P. 26.1(a).  Appellant filed a notice of appeal on November 18, 2014.  A motion for extension of time in which to file the notice of appeal was due on December 1, 2014, but was not filed.  *See* TEX. R. APP. P. 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time.  *See Verburgt v. Dorner*,

959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26); *Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.–San Antonio 1998, no pet.) (stating same under current Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C). Accordingly, on March 13, 2015, this court ordered appellant to file, no later than March 23, 2015, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. Our order cautioned appellant that if he failed to respond within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to our order.

Therefore, this appeal is dismissed for lack of jurisdiction.

PER CURIAM